UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DAMIAN CARDENAS, | Case No. 21-cv-02584-HSG |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARK ESSICK, et al., | |
| Respondent. | |

For the reasons set forth in the Order of Dismissal, this petition for a writ of habeas corpus is DISMISSED and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED.**

Dated: 6/21/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge